**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 26, 2023**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00342-CV

---

**R. A. M., Appellant**

**V.**

**ONE SOURCE THE BACKGROUND CHECK COMPANY, Appellee**

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2021-19727-B**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 4, 2023. On September 8, 2023, appellant filed a motion to dismiss the appeal stating both parties jointly moved for dismissal with each party bearing its own costs. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.